GAY et al. **v.** HUDSON RIVER ELECTRIC POWER CO. et al. (two cases). (Circuit Court of Appeals, Second Circuit. March 21, 1910.) No. 257. Appeal from the Circuit Court of the United States for the Northern District of New York. M. D. Mann, for appellant. Abram J. Rose and George B. Curtiss, for appellee. Before LACOMBE, COXE, and WARD, Circuit Judges.

PER CURIAM. The judge of the Circuit Court (173 Fed. 1003) finds that the contract under consideration is fair to all concerned and one in all respects desirable for the receivers of the Empire State Power Company to undertake. In his judgment it is not disadvantageous to the bondholders or general creditors and is within the power of the court to authorize and the receivers to make. We are unable to say that this is not a correct view of the situation. Even if the contract were one that we would not approve in the first instance, we think that a large discretion should be given to the receivers and the Circuit Court in the management of the property. It should be a very marked breach of discretion to justify our interference. We have examined the contract and the objections made to it with care, and are satisfied that they are not well taken. The order in question should be affirmed.

---

JONES v. DILLINGHAM. (Circuit Court of Appeals, Fifth Circuit. May 16, 1910.) No. 2,015. Appeal from the Circuit Court of the United States for the Southern District of Texas. Jno. B. Warren, for appellant. H. O. Head and T. M. Kennerly, for appellee. Before PARDEE and SHELBY, Circuit Judges, and FOSTER, District Judge.

PER CURIAM. The decree of the Circuit Court is affirmed.

---

LAKE PROVIDENCE BANK v. WINTER. (Circuit Court of Appeals, Fifth Circuit. May 16, 1910.) No. 2,060. Appeal from the District Court of the United States for the Western District of Texas. Clifton F. Davis, for appellant. D. T. Land, for appellee. Before PARDEE, McCORMICK, and SHELBY, Circuit Judges.

PER CURIAM. The evidence is not sufficient to show that the claimant bank paid the note in question with its own funds. We concur in the opinion of the referee, found in the record, holding that appellant's claim be rejected and disallowed. As the trustee took no appeal, and seems to be satisfied with the judgment as given by the court below, the same is affirmed.